# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY REIKO SCHOFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, an Oregon corporation,<br><br>Defendant. | Case No.: 3:18-cv-02871-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 31.] |

On January 22, 2020, Plaintiff Windy Reiko Schofield and Defendant Standard Insurance Company filed a joint motion to dismiss this case with prejudice. (Doc. No. 31.) For good cause shown, the Court grants the parties' motion and dismisses all claims in this case with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 22, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT